## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT TUSTIN      :
           :
   v.        :   **CIVIL ACTION NO. 22-3074**
           :
CHAPMAN CHEVROLET, LLC, et al. :

### <u>ORDER</u>

This 15th day of September, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion to Vacate Arbitration Award, ECF 1, is **DENIED**.


          <u> /s/ Gerald Austin McHugh  </u>
          United States District Judge